ROBISON D. HARLEY, JR.     SBN: 68984
Attorney at Law
825 N. Ross Street
Santa Ana, California 92701
Telephone:      (714) 972-8141
Facsimile:      (714) 972-8107
e-mail:          rob.harley@sbcglobal.net

NOTE CHANGES BY THE COURT

Attorney for Defendant
DEAN MIRABAL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>DEAN MIRABAL,<br><br>          Defendant. | Case No.: 8:20-CR-00144-DOC-3<br><br>ORDER REGARDING REQUEST FOR CONTINUANCE OF REVOCATION HEARING [225]<br><br>Current Sentencing Date: 03-13-2023<br>Sentencing Date:    06-26-2023<br>Sentencing Time:    07:30 am |
|---|---|

Having considered the stipulation to continue the revocation hearing date of defendant DEAN MIRABAL, the Court hereby ORDERS as follows:

   1.   The sentencing hearing in this matter is continued from March 13, 2023, to June 26, 2023, at 7:30 a.m.

   IT IS SO ORDERED.

Dated: February 3, 2023

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Presented by:

  /s/
_____
ROBISON D. HARLEY, JR.
ATTORNEY FOR DEAN MIRABAL